# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

v.                    **CASE NO. 4:22-CR-00266-BSM**

**CHAD MICHAEL SIMONS**                                           **DEFENDANT**
Reg. No. 22337-510

## ORDER

Chad Simons's pro se motion for copies [Doc. No. 70] is granted in part and denied in part. The clerk is directed to send Simons copies of his plea agreement [Doc. No. 39] and the docket sheet. Simons's request for a copy of his sentencing transcript is denied because the Eighth Circuit has not certified that it is necessary "to decide issues presented in a pending, non-frivolous case." *Chapman v. United States*, 55 F.3d 390, 391 (8th Cir. 1995) (per curiam) (citing *United States v. Losing*, 601 F.2d 351, 353 (8th Cir. 1979) (per curiam)). If Simons wishes to purchase a transcript, he must contact Valarie Flora at 500 West Capitol Ave. Little Rock, AR 72201.

IT IS SO ORDERED this 27th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE